IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCISCO GUERRERO WALSH,** | : | |
| Petitioner | : | |
| | : | No. 1:23-cv-00305 |
| v. | : | |
| | : | (Judge Kane) |
| **WARDEN OF PIKE COUNTY** | : | |
| **CORRECTIONAL FACILITY,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 21st day of August 2023, upon consideration of Petitioner Francisco Guerrero Walsh's petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241 (Doc. No. 1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DISMISSED as moot**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania